UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21349-CIV-KING-GARBER

OSVALDO A. IZQUIERDO COLON,
an individual, and d/b/a BEST DEAL
PERFORMANCE,,

    Plaintiff,

v.

INNOVATE! TECHNOLOGY, INC.,
a/k/a INNOVATE MOTORSPORTS,
a California corporation,

    Defendant.
_____/
INNOVATE! TECHNOLOGY, INC.,
a/k/a INNOVATE MOTORSPORTS,
a California corporation,

    Third Party Plaintiff,

v.

EBAY, INC., a Delaware corporation,

    Third Party Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the parties' Notice of Settlement filed March 11, 2008 (D.E. #30). Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED**. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **July 11, 2008** and the **Trial** previously set for **September 22, 2008** are hereby CANCELED.

4. The Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida, this 12th day of March, 2008.

                         JAMES LAWRENCE KING
                         UNITED STATES DISTRICT JUDGE
                         SOUTHERN DISTRICT OF FLORIDA

cc: *Counsel for Plaintiff:*
David P. Reiner, II, Esq.
REINER & REINER, P.A.
9100 South Dadeland Blvd.
Suite 901
Miami, FL 33156

*Counsel for Defendant/Third Party Plaintiff:*
Lance C. Venable, Esq.
VENABLE, CAMPILLO, LOGAN
AND MEANEY, P.C.
1938 East Osborn Road
Phoenix, AZ 85016-7234

Joey M. Grant, Esq.
HODKIN KOPELOWITZ & OSTROW, P.A.
350 East Las Olas Blvd.
Suite 980
Ft. Lauderdale, FL 33301-4216

*Counsel for Third-Party Defendant:*
Jennifer Coberly, Esq.
ZUCKERMAN SPAEDER LLP
201 South Biscayne Blvd.
Suite 900
Miami, FL 33131-4326